FILED ___ LODGED
RECEIVED ___ COPY

OCT 17 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-08262-PCT-GMS(ESW) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 111<br>(Assault on a Federal Officer)<br>Count 1 |
| Glory Ann Lewis, | |
| Defendant. | 18 U.S.C. §§ 1152 and 13 and<br>A.R.S. § 28-1381(A)(1)<br>(CIR: Driving While Under the Influence)<br>Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about September 1, 2017, in the District of Arizona, Defendant GLORY ANN LEWIS did intentionally, knowingly, and recklessly forcibly assault, resist, oppose, impede, intimidate, and interfere with L.C., a person designated under Title 18, United States Code, Section 1114, as an Officer with the Yavapai-Apache Nation Police Department, while L.C. was engaged in or on account of performance of official duties, and in doing so, engaged in physical contact.

In violation of Title 18, United States Code, Section 111.

### COUNT 2

On or about September 1, 2017, in the District of Arizona, within the confines of the Yavapai-Apache Nation, Indian Country, Defendant GLORY ANN LEWIS, an Indian, was driving or in actual physical control of a vehicle while under the influence of

intoxicating liquor, any drug, a vapor releasing substance containing a toxic substance or any combination of liquor, drugs or vapor releasing substances containing a toxic substance and was impaired to the slightest degree.

In violation of Title 18, United States Code, Sections 1152 and 13, and Arizona Revised Statutes, Section 28-1381(A)(1).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 17, 2017

ELIZABETH A. STRANGE
United States Attorney
District of Arizona

s/
CHRISTINA WU COVAULT
Assistant U.S. Attorney